# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0003. DUPREE v. THE STATE.**

On July 23, 2026, Appellant filed an emergency motion pursuant to Court of Appeals Rule 40(b) seeking an extension of time in which to file an application for discretionary appeal from a May 30, 2026 probation revocation order. An application for a discretionary appeal in this case was due "within 30 days of the date of the entry of the trial court's order being appealed[.]" Court of Appeals Rule 31(a). Upon consideration, the motion is hereby DENIED pursuant to Court of Appeals Rule 31(h) ("No extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date.").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/28/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*